# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FIFTEEN TWENTY-ONE SECOND AVENUE CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRACON, LLC a Minnesota limited liability company; APOGEE ENTERPRISES, INC., a Minnesota corporation; QUANEX IG SYSTEMS, INC., an Ohio corporation; INSULATING GLASS CERTIFICATION COUNCIL, an Illinois not-for-profit corporation,<br><br>　　　　Defendants. | Case No. 2:23-cv-01999-DWC<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSES TO FIRST AMENDED COMPLAINT UNTIL MOTION TO REMAND IS RESOLVED; AND**<br><br>**STRIKING PENDING MOTIONS TO DISMISS WITH LEAVE TO REFILE** |

Order Granting Stipulated Extension of Time for Defs. To Respond to First Amended Complaint
Case No. 2:23-cv-01999-DWC

1

HENNIGH LAW CORPORATION
701 Fifth Ave, Ste 4200
Seattle, WA 98104
(415) 325-5855

After reviewing the Stipulated Extension of Time for Defendants to File Responses to First Amended Complaint Until Motion to Remand is Resolved, and good cause appearing, it is hereby ORDERED that the Stipulated Extension of Time for Defendants to File Responses to First Amended Complaint Until Motion to Remand is Resolved is GRANTED.

1. Defendants' deadline to file their respective responses to Plaintiffs' First Amended Complaint under Fed. R. Civ. P. Rule 15(a)(3) is extended until twenty-one (21) days after the Court's notice of entry of order on Plaintiff's Motion to Remand.

2. The Motions to Dismiss, Dkt. Nos. 11, 13, 14, and 19, are hereby stricken as moot with leave to refile.

Dated this 13th day of February, 2024.

_____
Barbara Jacobs Rothstein

Order Granting Stipulated Extension
of Time for Defs. To Respond to First
Amended Complaint
Case No. 2:23-cv-01999-DWC

2

HENNIGH LAW CORPORATION
701 Fifth Ave, Ste 4200
Seattle, WA 98104
(415) 325-5855