1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                       DISTRICT OF WASHINGTON
9                          WESTERN DIVISION
10

| | |
|---|---|
| FIFTEEN TWENTY-ONE SECOND AVENUE CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRACON, LLC, a Minnesota limited liability company; APOGEE ENTERPRISES, INC., a Minnesota corporation; QUANEX IG SYSTEMS, INC., an Ohio corporation; INSULATING GLASS CERTIFICATION COUNSEL, an unincorporated association domiciled in Washington,<br><br>Defendants. | NO. 2:23-cv-01999 BJR<br><br>REVISED ORDER SETTING TRIAL AND RELATED DATES |

20    The parties in this matter have met and conferred over the existing case calendar. They
21 jointly agree to request that the court enter the following dates revised from the Court's existing
22 August 13, 2024, Amended Order Setting Trial Date and Related Dates [Dkt 092]. These dates
23 are set at the direction of the Court after reviewing the joint status report and discovery plan
24 submitted by the parties.
25 //
26 //

REVISED ORDER SETTING TRIAL AND RELATED
DATES – PAGE 1
CAUSE NO. 2:23-CV-01999 BJR

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

| **JURY TRIAL DATE** | **02/02/2026** |
|---|---|
| Deadline for joining additional parties | Completed |
| Deadline for filing amended pleadings | Completed |
| Opening expert disclosures and reports under FRCP 26(a)(2) | 06/30/2025 |
| Rebuttal expert disclosures and reports under FRCP 26(a)(2).  For clarity, any party may offer a rebuttal opinion through an expert who was not disclosed in the opening round. | 08/15/2025 |
| Fact discovery completed by | 05/30/2025 |
| All dispositive motions must be filed by | 07/07/2025 |
| All motions *in limine* must be filed by | 12/02/2025 |
| Joint Pretrial Statement | 01/09/2026 |
| Mediation to occur on or before | 08/05/2025 |
| Pretrial conference | 01/21/2026 |
| Length of Jury Trial | 19 Days |

All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not solely by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery in the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Courtroom Deputy Clerk in writing within **TEN (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

**SO ORDERED.**

REVISED ORDER SETTING TRIAL AND RELATED DATES – PAGE 2
CAUSE NO. 2:23-CV-01999 BJR

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

DATED this 6th day of May, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

REVISED ORDER SETTING TRIAL AND RELATED
DATES – PAGE 3
CAUSE NO. 2:23-CV-01999 BJR

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070