# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIFTEEN TWENTY-ONE SECOND AVENUE CONDOMINIUM ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIRACON LLC, *et al.*,<br><br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 23-cv-1999-BJR |

\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT the Plaintiff's motion for summary judgment be denied, and Defendants' motion for summary judgment be granted, dismissing all claims as time-barred.

　　Dated February 27, 2026.

　　　　　　　　　　　　　　　　　　　　　　　Joshua C. Lewis
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　s/Carrie Smith
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk